No. 526. BLUMEN ET AL. *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION. November 25, 1935. Petition for writ

of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Roger O'Donnell* and *Stephen M. White* for petitioners. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Messrs. Bart W. Butler* and *W. Marvin Smith* for respondent.